UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAVELL HARRIS,<br>    Petitioner,<br>    v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>    Respondent. | Case No. 19-cv-03317-SI<br><br>**ORDER OF DISMISSAL** |

On September 23, 2019, the court determined that the *pro se* petition for writ of habeas corpus failed to state a claim upon which habeas relief may be granted. Docket No. 7. The court granted petitioner leave to file an amended petition no later than October 25, 2019, cautioning him that failure to file an amended petition by the deadline would result in the dismissal of this action. *Id.* at 3. Petitioner did not file an amended petition, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which habeas relief may be granted. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 2, 2019

                                                  _____
SUSAN ILLSTON
United States District Judge