UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAVELL HARRIS, <br>     Petitioner, <br>     v. <br> PEOPLE OF THE STATE OF CALIFORNIA, <br>     Respondent. | Case No. 19-cv-03317-SI <br><br> **JUDGMENT** |

This action for a writ of habeas corpus is dismissed for failure to state a claim upon which habeas relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 2, 2019

_____
SUSAN ILLSTON
United States District Judge